JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JOHN RIVERA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVID LONG, Warden,<br><br>　　　　Respondent. | No. EDCV 12-2197 GAF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 1, 2013

**JS-6**

　　　　　　　　　　　　　　　　/s/ Gary Feess
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　United States District Judge